```
DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAIME MIGUEL GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAIME MIGUEL GARCIA,<br><br>　　　　　Defendants.<br>_____ | ) Case No. 2:09-CR-378 FCD<br>)<br>) **STIPULATION AND ORDER TO CONTINUE**<br>) **STATUS CONFERENCE AND TO REQUEST**<br>) **CRIMINAL HISTORY CALCULATION**<br>)<br>) Date:  November 16, 2009<br>) Time:  10:00 a.m.<br>)<br>) Judge: Hon. Frank C. Damrell, Jr. |

　　　It is hereby stipulated between the parties, Mary Grad, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Jaime Miguel Garcia, as follows:

　　　The Status Conference date of October 5, 2009, should be continued until November 16, 2009.

　　　The parties move the court to request U.S. Probation to calculate defendant's criminal history for guidelines purposes. In September, 2009, defense counsel spoke with Supervising Probation Officer Karen Meusling for assistance calculating the defendant's criminal history. Officer Meusling ordered the defendant's record, studied it and determined it was too complex to do without substantial research. She

asked the undersigned to move the court for an order allowing Probation six weeks to calculate Mr. Garcia's criminal history.  Defense counsel will assist Probation in this task.

Therefore, IT IS STIPULATED that the period from the date of this stipulation up to and including November 16, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to  18 U.S.C. § 3161(h)(7)(A) & (B)(iv), to allow defense counsel to work with Probation in calculating the defendant's criminal history.

Dated:   October 1, 2009

                Respectfully submitted,

                DANIEL BRODERICK
                Federal Defender

                /s/ Caro Marks
                _____
                CARO MARKS
                Assistant Federal Defender
                Attorney for Defendant
                JAIME MIGUEL GARCIA

Dated:   October 1, 2009

                LARRY G. BROWN
                United States Attorney

                /s/ Mary Grad
                _____
                MARY GRAD
                Assistant U.S. Attorney

///

///

///

1                              **ORDER**

2       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
3  ordered that the hearing presently set for October 5, 2009, be
4  continued to November 16, 2009, at 10:00 a.m.  Based on the
5  representations of defense counsel and good cause appearing therefrom,
6  the Court hereby finds that the failure to grant a continuance in this
7  case would deny defense counsel reasonable time necessary for effective
8  preparation, taking into account the exercise of due diligence.  The
9  Court finds that the ends of justice to be served by granting a
10 continuance outweigh the best interests of the public and the defendant
11 in a speedy trial.  It is ordered that time from the date of this
12 stipulation to and including the November 16, 2009, status conference
13 shall be excluded from computation of time within which the trial of
14 this matter must be commenced under the Speedy Trial Act pursuant to 18
15 U.S.C. § 3161(h)(7)(A) & (B)(iv), to allow defense counsel time to
16 prepare.

17      **IT IS SO ORDERED.**

19 DATED: October 2, 2009          _____
20                                 FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE

Stip and Order re Garcia                3