1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, #288639
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorneys for Defendant

 

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-378 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER FOR TEMPORARY RELEASE |
| v. | ) ) | JUDGE: MORRISON C. ENGLAND, JR. |
| JAIME MIGUEL GARCIA, | ) ) | |
| Defendant. | ) ) ) | |

  The parties hereby stipulate and request that the Court issue an order granting Mr. Garcia's temporary release on Tuesday, January 19, 2016, from 7:00 a.m. to 2:00 p.m. on Wednesday, January 20, 2016 to allow him to attend a funeral.

  The Court previously detained Mr. Garcia after his January 7, 2016 arraignment on a supervised release violation petition which was filed on September 21, 2015.

  Assistant United States Attorney, Justin Lee and Wendy Reyes, United States Probation Officer, have no objections to Mr. Garcia's temporary release from custody on January 19, 2016 at 7:00 a.m. through January 20, 2016 at 2:00 p.m. All terms and conditions of supervised release remain in effect.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: January 12, 2016 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | | /s/ *Douglas J. Beevers* |
| 5 | | DOUGLAS J. BEEVERS<br>Assistant Federal Defender<br>Attorneys for Defendant |
| 6 | | |
| 7 | DATED: January 13, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
| 8 | | |
| 9 | | /s/ *Justin Lee* |
| 10 | | JUSTIN LEE<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

Stipulation For Temporary Release                -2-

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation of the parties in its entirety as its order.

The Court hereby orders Mr. Garcia's temporary release from the United States Marshal on January 19, 2016 at 7:00 a.m. to 2:00 p.m. on January 20, 2016.

IT IS SO ORDERED.

Dated: January 14, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT